TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00524-CV







James Pearce, Appellant



v.



State of Texas, Appellee







FROM THE COUNTY COURT AT LAW OF COMAL COUNTY


NO. CCL-1015, HONORABLE FRED CLARK, JUDGE PRESIDING







PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Kidd

Dismissed on Appellant's Motion

Filed: November 22, 1995

Do Not Publish